IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
WILLIAM WITWICKI,              )
                               )
    Plaintiff,                 )
                               )     CIVIL ACTION NO.
    v.                         )       1:12cv920-MHT
                               )           (WO)
CIRCUIT COURT OF COFFEE        )
COUNTY, et al.,                )
                               )
    Defendants.                )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit asserting defendants (various private and state officials) acted without authority and jurisdiction in state-court matters against him.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motions for dismissal be granted, plaintiff's motions be denied, and plaintiff's case be dismissed.  Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled

and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 20th day of February, 2013.


	/s/ Myron H. Thompson	
	UNITED STATES DISTRICT JUDGE