IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
WILLIAM WITWICKI,              )
                               )
    Plaintiff,                 )
                               )     CIVIL ACTION NO.
    v.                         )      1:12cv920-MHT
                               )          (WO)
CIRCUIT COURT OF COFFEE        )
COUNTY, et al.,                )
                               )
    Defendants.                )
```

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. No. 64) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 63) is adopted.

(3) Defendants' motions to dismiss (Doc. Nos. 14, 20, 21, 37, 47, and 54) are granted.

(4) Plaintiff's motions for injunction, default, and hearing (Doc. Nos. 58, 59, 60, and 62) are denied.

(5) This lawsuit is dismissed it its entirety.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 20th day of February, 2013.


                                         /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE